IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM. NO. 3:25-CR-10-TES |
| v. | : | |
| | : | |
| ALICIO YANEZ-PINEDA, | : | |
| JOSUE SERDA, | : | |
| ULISES BORJA, | : | |
| TRAVIS ARNOLD, | : | |
| ARIEL COLLINS, | : | |
| PATRICK WILKINS, | : | |
| EDGAR JARA, | : | |
| TYLER PARR, | : | |
| GREGORY ROBINSON, | : | |
| DESHUN MUCKLE, and | : | |
| HALIE MONEY | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER GRANTING GOVERNMENT'S MOTION TO DECLARE CASE COMPLEX PURSUANT TO 18 U.S.C. § 3161(h)(7)(B) AND TO CONTINUE THE CASE FROM THE COURT'S UPCOMING TRIAL TERM

Before the Court is the Government's Motion to Declare Case Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B) and Continue the Case from the Court's Upcoming Trial Term. [Doc. 301]. The Grand Jury indicted the defendants on September 11, 2025 in a twenty-five count superseding indictment. [Doc. 295]. Each of the above-named defendants, except for Alicio Yanez-Pineda and Deshun Muckle, have been arraigned before U.S. Magistrate Judge Charles H. Weigle.

In its Motion, the Government indicates that this case involves a "long term investigation conducted by federal, state, and local law enforcement agencies." [Doc. 301, pp. 2–3]. Furthermore, the Government asserts that "discovery in this case consists of hundreds of reports, videos, photographs, phone extraction downloads, and other electronically stored information which is so voluminous and complex that it will require that the parties have additional time to review and understand the nature and implications of the material once it is received." [*Id.* at p. 3]. So that the parties may effectively prepare for trial or plea negotiations, the Government, with the consent of each defendant, requests that the Court: (1) declare this case complex; (2) extend deadlines for discovery; and (3) continue this case from the Court's pretrial status conference scheduled for October 1, 2025 and the November 2025 Trial Term.

Due to the nature of the indictment against the defendants as well as the nature and volume of discovery, the above-captioned matter is certified as complex. *See* 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii). For that reason, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendants in a speedy trial, and the Court **GRANTS** the Motion to Declare Case Complex [Doc. 301]. Accordingly, the Court **TERMINATES** the deadlines set forth in the Standard Pretrial Orders. The parties shall submit to the Court for consideration a Proposed Amended Scheduling Order with revised discovery and pre-trial motion deadlines as

well as dates for a Pretrial Conference and a proposed date for trial. The delay occasioned by this Order shall be deemed **EXCLUDABLE**. *See* 18 U.S.C. § 3161(h).

    **SO ORDERED**, this 19th day of September, 2025.

                                          S/ Tilman E. Self, III
                                          **TILMAN E. SELF, III, JUDGE**
                                          **UNITED STATES DISTRICT COURT**